# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:00-CR-362-LDG-LRL |
| vs. ) | **ORDER TO DISMISS** |
| HURAC YALDIZCIAN, ) | |
| Defendant. ) | |

IT IS ORDERED that the United States' Motion to Dismiss is hereby granted.

DATED this _11_ day of _Aug_ 2012.

_____
UNITED STATES DISTRICT JUDGE