DANIEL G. BODGEN
United States Attorney

ERIC JOHNSON
Assistant United States Attorney
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:00-cr-00362-LDG-VCF |
| Plaintiff, | UNITED STATES' MOTION TO QUASH ARREST WARRANT AS TO HURAC YALDIZCIAN |
| v. | |
| HURAC YALDIZCIAN, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Eric Johnson, Assistant United States Attorney, hereby requests that the Court quash the outstanding Arrest Warrant issued on October 19, 2000.

A Motion to Dismiss the criminal case against HURAC YALDIZCIAN was filed on August 17, 2012 and an Order To Dismiss filed on August 17, 2012.  For this reason, the United States requests that this motion be granted.

Dated this 15th day of October, 2013.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson

ERIC JOHNSON
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:00-cr-00362-LDG-VCF |
| ) | |
| Plaintiff, ) | ORDER TO QUASH ARREST WARRANT |
| ) | AS TO HURAC YALDIZCIAN |
| v. ) | |
| ) | |
| HURAC YALDIZCIAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER TO QUASH ARREST WARRANT AS TO HURAC YALDIZCIAN**

Based on the foregoing motion of the government, it is ordered that the Arrest Warrant for defendant HURAC YALDIZCIAN be quashed.

_____
United States ~~District~~ Judge
             Magistrate
10/18/2013

2